# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| Securities and Exchange Commission | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 8:12-cv-1210 35-M-MAP |
| Mark A. Lefkowitz, et al. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Advanced Cell Technology, Inc.
33 Locke Drive
Marlborough, MA 01752

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Suzanne J. Romajas
Trial Counsel
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-5971

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAY 3 0 2012

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Securities and Exchange Commission ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 8:12-cv-1210T-35MAP |
| Mark A. Lefkowitz, et al. ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Shane Traveller
408 North 700 East
Hyde Park, Utah 84318

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Suzanne J. Romajas
Trial Counsel
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-5971

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAY 3 0 2012

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

Securities and Exchange Commission )
)
Plaintiff )
) Civil Action No. 8:12cv1210T35MAP
v. )
Mark A. Lefkowitz, et al. )
)
Defendant )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Steven R. Peacock
3611 Katie Lendre Drive
Fallbrook, CA 92028

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Suzanne J. Romajas
Trial Counsel
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-5971

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAY 3 0 2012

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| Securities and Exchange Commission | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 8:12 CV 1210 T 35 MAP |
| Mark A. Lefkowitz, et al. | ) | |
| Defendant | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Unico, Inc.
c/o Robert N. Wilkinson
Anderson Call & Wilkinson
136 E. South Temple, Suite 2400
Salt Lake City, UT 84111

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Suzanne J. Romajas
Trial Counsel
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-5971

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAY 3 0 2012

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

Securities and Exchange Commission )
)
          *Plaintiff* )
v. ) Civil Action No. 8:12-cv-1210T35-MAP
Mark A. Lefkowitz, et al. )
)
          *Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Mark A. Lopez
11658 Sardis Place
San Diego, CA 92131


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Suzanne J. Romajas
Trial Counsel
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-5971


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAY 3 0 2012

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| Securities and Exchange Commission <br><br> Plaintiff <br><br> v. <br><br> Mark A. Lefkowitz, et al. <br><br> Defendant | ) ) ) ) ) ) ) ) ) Civil Action No. 8:12 CV 1210 T 35 MAP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Compass Capital Group, Inc.
149 Narrows Road
Staten Island, NY 10305

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Suzanne J. Romajas
Trial Counsel
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-5971

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: MAY 3 0 2012

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

Securities and Exchange Commission )
)
Plaintiff )
)
v. ) Civil Action No. 8:12 CV 1210 T 35 MAP
Mark A. Lefkowitz, et al. )
)
Defendant )

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)  Mark A. Lefkowitz
132 Heulitt Road
Colts Neck, NJ 07722

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Suzanne J. Romajas
Trial Counsel
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-5971

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAY 3 0 2012

Signature of Clerk or Deputy Clerk