UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>          **Plaintiff,**<br><br>v.<br><br>**MARK A. LEFKOWITZ,**<br>**COMPASS CAPITAL GROUP, INC.,**<br>**MARK A. LOPEZ, UNICO, INC.,**<br>**STEVEN R. PEACOCK, SHANE H. TRAVELLER,**<br>**and ADVANCED CELL TECHNOLOGY, INC.,**<br><br>          **Defendants.** | **CASE NO.**<br>**8:12-CV-1210-T-35MAP** |

# NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

\_\_\_ IS         related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____

 X  IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated:   June 14, 2012             /s/ *Suzanne J. Romajas*
                                           Suzanne J. Romajas
                                           Securities and Exchange Commission
                                           100 F Street, NE
                                           Washington, DC 20549-5971
                                           Telephone: (202) 551-4473
                                           Email: RomajasS@sec.gov

                                           Counsel for Plaintiff

## CERTIFICATE OF SERVICE

        I hereby certify that on June 14, 2012, I electronically filed the foregoing Notice of Pendency of Other Actions with the Clerk of the Court by using the CM/ECF system and served the foregoing Notice of Pendency of Other Actions by first-class mail to the following non-CM/ECF participants:

Mark A. Lefkowitz
c/o Michael F. Bachner, Esquire
Bachner & Associates, P.C.
39 Broadway, Suite 1610
New York, NY 10006
mb@bhlawfirm.com

Compass Capital Group, Inc.
c/o Michael F. Bachner, Esquire
Bachner & Associates, P.C.
39 Broadway, Suite 1610
New York, NY 10006
mb@bhlawfirm.com

Mark A. Lopez
c/o Dan Navigato, Esquire
Navigato & Battin LLP
755 West A Street, Suite 150
San Diego, CA 92101
dan@navbat.com

Unico, Inc.
c/o Robert N. Wilkinson, Esquire
Anderson, Call & Wilkinson
136 E South Temple
Salt Lake City, UT 84111
rnwlaw@aol.com

Steven R. Peacock
c/o John Dolkart, Jr., Esquire
1750 Kettner Blvd., Suite 416
San Diego, CA 92101
john@dolkartlaw.com

Shane H. Traveller
408 North 700  East
Hyde Park, UT 84318
shane.cvchc@gmail.com

Advanced Cell Technology
c/o Jan Handzlik, Esquire
Venable LLP
2049 Century Park East, Suite 2100
Los Angeles, CA 90067
JLHandzlik@Venable.com

Dated:   June 14, 2012                              /s/ *Suzanne J. Romajas*
                                                    Suzanne J. Romajas
                                                    Securities and Exchange Commission
                                                    100 F Street, NE
                                                    Washington, DC 20549-5971
                                                    Telephone: (202) 551-4473
                                                    Email: RomajasS@sec.gov

                                                    Counsel for Plaintiff