UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                  Plaintiff,<br>v.<br><br>MARK A. LEFKOWITZ,<br>COMPASS CAPITAL GROUP, INC.,<br>MARK A. LOPEZ, UNICO, INC.,<br>STEVEN R. PEACOCK, SHANE H. TRAVELLER,<br>and ADVANCED CELL TECHNOLOGY, INC.,<br><br>                                  Defendants. | CASE NO.<br>8:12-CV-1210-T-35MAP |

## CERTIFICATE OF INTERESTED PERSONS

The Securities and Exchange Commission discloses the following pursuant to the Interested Persons Order For Civil Cases entered on June 1, 2012:

1.      The name of each person, attorney, association of persons, firms, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    Plaintiff:        Securities and Exchange Commission

    Defendants:    Mark A. Lefkowitz;
                          Compass Capital Group, Inc.;
                          Mark A. Lopez;
                          Unico, Inc.;
                          Steven R. Peacock;
                          Shane H. Traveller; and
                          Advanced Cell Technology, Inc.

<u>Plaintiff's Attorneys</u>:  Suzanne J. Romajas;
Antonia Chion;
Yuri B. Zelinsky; and
Drew M. Dorman

<u>Defendants' Attorneys</u>:  Michael F. Bachner, Bachner & Associates, P.C.;
Daniel J. Navigato, Navigato & Battin LLP;
John Dolkart, Jr.;
Jan Handzlik, Venable LLP; and
Treazure R. Johnson, Venable LLP

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

Aero Performance Products, Inc.;
CLX Medical, Inc.;
Green Globe International, Inc.; and
S3 Investment Company, Inc.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

Blue Marble Investments, Ltd.;
Galleon Investments, Ltd.;
Ice Cap Holdings, Ltd.;
Kentan Limited Corporation;
Outboard Investments, Ltd.;
Reef Holdings, Ltd.;
Sequoia International, Inc.;
Tuxedo Holdings, Ltd.;
Umbrella Holdings, Ltd.;
Yanzu, Inc.; and
Javelin Advisory Group, Inc.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Common stockholders of Unico, Inc.;
Common stockholders of Advanced Cell Technology, Inc.;

      Common stockholders of Aero Performance Products, Inc.;
      Common stockholders of CLX Medical, Inc.;
      Common stockholders of Green Globe International, Inc.; and
      Common stockholders of S3 Investments, Inc.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "none" if there was no actual or potential conflict of interest.

Dated: June 14, 2012

Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION

  /s/ *Suzanne J. Romajas*
By: Suzanne J. Romajas (Trial Counsel)
    Drew M. Dorman
    Securities and Exchange Commission
    100 F Street, NE
    Washington, DC 20549-5971
    Telephone: (202) 551-4473
    Email: RomajasS@sec.gov

    Attorneys for Plaintiff
    Securities and Exchange Commission

## CERTIFICATE OF SERVICE

   I hereby certify that on June 14, 2012, I electronically filed the foregoing Certificate of Interested Persons with the Clerk of the Court by using the CM/ECF system and served the following non-CM/ECF participants by first-class mail:

Mark A. Lefkowitz
c/o Michael F. Bachner, Esquire
Bachner & Associates, P.C.
39 Broadway, Suite 1610
New York, NY 10006
mb@bhlawfirm.com

Compass Capital Group, Inc.
c/o Michael F. Bachner, Esquire
Bachner & Associates, P.C.
39 Broadway, Suite 1610
New York, NY 10006
mb@bhlawfirm.com

Mark A. Lopez
c/o Dan Navigato, Esquire
Navigato & Battin LLP
755 West A Street, Suite 150
San Diego, CA 92101
dan@navbat.com

Unico, Inc.
c/o Robert N. Wilkinson, Esquire
Anderson, Call & Wilkinson
136 E South Temple
Salt Lake City, UT 84111
rnwlaw@aol.com

Steven R. Peacock
c/o John Dolkart, Jr., Esquire
1750 Kettner Blvd., Suite 416
San Diego, CA 92101
john@dolkartlaw.com

Shane H. Traveller
408 North 700  East
Hyde Park, UT 84318
shane.cvchc@gmail.com

Advanced Cell Technology
c/o Jan Handzlik, Esquire
Venable LLP
2049 Century Park East, Suite 2100
Los Angeles, CA 90067
JLHandzlik@Venable.com


Dated:   June 14, 2012           /s/ *Suzanne J. Romajas*
                            By:  Suzanne J. Romajas (Trial Counsel)
                                 Securities and Exchange Commission
                                 100 F Street, NE
                                 Washington, DC 20549-5971
                                 Telephone: (202) 551-4473
                                 Email: RomajasS@sec.gov