UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SECURITIES AND EXCHANGE COMMISSION,**

    **Plaintiff,**

v.                                          **Case No: 8:12-cv-1210-T-35MAP**

**MARK A. LEFKOWITZ, COMPASS CAPITAL GROUP, INC., MARK A. LOPEZ, UNICO, INC., STEVEN R. PEACOCK, SHANE H. TRAVELLER and ADVANCED CELL TECHNOLOGY, INC.,**

    **Defendants.**
_____/

## ORDER DIRECTING COMPLIANCE

This case is before the Court upon periodic review. Antonia Chion and Yuri B. Zelinsky, counsel for the Plaintiff, have failed to comply with the administrative procedures regarding electronic filing. Pursuant to the USDC - Middle District of Florida's Administrative Procedures for Electronic Filing in Civil and Criminal Cases, Section I(A) "... all documents filed in civil and criminal cases in this District... shall be filed electronically." Upon review of the file, the Court finds that counsel set out above is not registered with the Court's CM/ECF filing system.

Accordingly, it is **ORDERED** that counsel shall register[1] for CM/ECF, enter an email address in their CM/ECF account, and electronically file a notice of compliance

---

[1] To register for CM/ECF, counsel must go to the Court's website at www.flmd.uscourts.gov; click on "CM/ECF" on the "Utilities" tab on the top of the screen, and then click on the "Register for a CM/ECF Login" link.

with this Court's Order within **fourteen (14) days** from the date of this Order. Failure to comply with this Order as directed will result in counsel being terminated from the docket sheet without further notice.

      **DONE and ORDERED** at Tampa, Florida this 2nd day of August, 2012.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party