UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:12-CV-1210T35MAP

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

MARK A. LEFKOWITZ,
COMPASS CAPITAL GROUP, INC.,
MARK A. LOPEZ,
UNICO, INC.,
STEVEN R. PEACOCK,
SHANE H. TRAVELLER, and
ADVANCED CELL TECHNOLOGY, INC.,

Defendants.

DEFENDANT ADVANCED CELL TECHNOLOGY, INC.'S
ANSWER TO COMPLAINT FOR INJUNCTIVE RELIEF

Defendant Advanced Cell Technology Inc. ("ACT"), by and through the undersigned counsel, hereby responds by way of answer to the Complaint ("Complaint") of the Securities and Exchange Commission ("SEC") as follows:

SUMMARY

1.      Answering Paragraph 1 of the Complaint, this paragraph contains conclusions of law and a summary of the Complaint to which no answer is required under the Federal Rules of Civil Procedure.  To the extent it could be construed to contain factual allegations directed against ACT, they are denied.

2.      Answering Paragraph 2 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

3.      Answering Paragraph 3 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

4.      Answering Paragraph 4 of the Complaint, to the extent it contains factual allegations directed against ACT, it is denied.  ACT does not have sufficient information or belief to enable it to answer any other allegations of Paragraph 4 and, on that ground, denies them.

5.      Answering Paragraph 5 of the Complaint, to the extent it contains factual allegations directed against ACT, they are denied.  ACT lacks sufficient information or belief to enable it to answer any other allegations of Paragraph 5 and, on that ground, denies them.

6.      Answering Paragraph 6 of the Complaint, to the extent it contains factual allegations directed against ACT, they are denied.  ACT does not have sufficient information or belief to enable it to answer any other allegations of Paragraph 6 and, on that ground, denies them.

7.      Answering Paragraph 7 of the Complaint, this paragraph contains conclusions of law to which no answer is required under the Federal Rules of Civil Procedure.  To the extent it contains factual allegations directed against ACT that require a response,
ACT denies them.

<u>JURISDICTION AND VENUE</u>

8.      Answering Paragraph 8 of the Complaint, ACT admits that this Court has jurisdiction over this action.  As to the remainder of the allegations set forth in this Paragraph, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

9.      Answering Paragraph 9 of the Complaint, ACT admits that this Court has personal jurisdiction over it.  As to the remainder of the allegations set forth in this Paragraph, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

10.     Answering Paragraph 10 of the Complaint, to the extent it contains factual allegations directed against Act, they are denied.  ACT does not have sufficient information or belief to enable it to answer any other allegations of Paragraph 10 and, on that ground, denies them.

<u>DEFENDANTS</u>

11.     Answering Paragraph 11 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

12.     Answering Paragraph 12 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

13.     Answering Paragraph 13 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

14.     Answering Paragraph 14 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

15.     Answering Paragraph 15 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

16.     Answering Paragraph 16 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

17.     Answering Paragraph 17 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

18.     Answering Paragraph 18 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

19.     Answering Paragraph 19 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

20.     Answering Paragraph 20 of the Complaint, ACT admits the allegations contained therein.

**FACTS**

I.      **Illegal Unregistered Distribution Of Unico Common Stock**

      A.      **Development of the Plan**

21.     Answering Paragraph 21 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

22.     Answering Paragraph 22 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

23.     Answering Paragraph 23 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

24.     Answering Paragraph 24 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

25.     Answering Paragraph 25 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

26.     Answering Paragraph 26 of the Complaint, ACT does not have sufficient

information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

27.     Answering Paragraph 27 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

28.     Answering Paragraph 28 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

29.     Answering Paragraph 29 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

30.     Answering Paragraph 30 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

31.     Answering Paragraph 31 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

**B.      Overview of the Section 3(a)(10) Settlements Between the Lefkowitz Related Entities and Unico**

32.     Answering Paragraph 32 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

33.     Answering Paragraph 33 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

34.     Answering Paragraph 34 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

35.     Answering Paragraph 35 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

36.     Answering Paragraph 36 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

37.     Answering Paragraph 37 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

38.     Answering Paragraph 38 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

39.     Answering Paragraph 39 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

40.     Answering Paragraph 40 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

41.     Answering Paragraph 41 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

42.     Answering Paragraph 42 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

43.     Answering Paragraph 43 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

44.     Answering Paragraph 44 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

45.     Answering Paragraph 45 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

46.     Answering Paragraph 46 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

47.     Answering Paragraph 47 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

48.     Answering Paragraph 48 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

49.     Answering Paragraph 49 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

50.     Answering Paragraph 50 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

51.     Answering Paragraph 51 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

52.     Answering Paragraph 52 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

53.     Answering Paragraph 53 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

**C.      Lefkowitz Introduced His Strategy to Peacock and Traveller Who Then Engaged in Improper Section 3(a)(10) Settlements With Unico**

54.     Answering Paragraph 54 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

55.     Answering Paragraph 55 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

56.     Answering Paragraph 56 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

57.     Answering Paragraph 57 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

58.     Answering Paragraph 58 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

59.     Answering Paragraph 59 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

60.     Answering Paragraph 60 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

61.     Answering Paragraph 61 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

62.     Answering Paragraph 62 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

63.     Answering Paragraph 63 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

64.     Answering Paragraph 64 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

65.     Answering Paragraph 65 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

66.     Answering Paragraph 66 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

67.     Answering Paragraph 67 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

68.     Answering Paragraph 68 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

69.     Answering Paragraph 69 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

70.     Answering Paragraph 70 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

71.     Answering Paragraph 71 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

72.     Answering Paragraph 72 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

73.     Answering Paragraph 73 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

74.     Answering Paragraph 74 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

75.     Answering Paragraph 75 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

**D.      Unico Failed to File Timely Reports With The Commission Concerning Its Improper Section 3(a)(10) Settlements**

76.     Answering Paragraph 76 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

77.     Answering Paragraph 77 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

78.     Answering Paragraph 78 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

79.     Answering Paragraph 79 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

80.     Answering Paragraph 80 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

81.     Answering Paragraph 81 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

**E.      Unico Filed False and Misleading Disclosures With the  Commission Concerning Its Section 3(a)(10) Settlements**

82.     Answering Paragraph 82 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

83.     Answering Paragraph 83 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

84.     Answering Paragraph 84 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

**II.**     **Peacock and Traveller Adopt Lefkowitz's Strategy As A Business Model**

**A.**     **Overview of the Sequoia Section 3(a)(10) Settlements**

85.     Answering Paragraph 85 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

86.     Answering Paragraph 86 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

87.     Answering Paragraph 87 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

88.     Answering Paragraph 88 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

89.     Answering Paragraph 89 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

90.     Answering Paragraph 90 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

91.     Answering Paragraph 91 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

92.     Answering Paragraph 92 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

93.     Answering Paragraph 93 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

94.     Answering Paragraph 94 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

95.     Answering Paragraph 95 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

96.     Answering Paragraph 96 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

97.     Answering Paragraph 97 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

98.     Answering Paragraph 98 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

99.     Answering Paragraph 99 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

100.     Answering Paragraph 100 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

101.     Answering Paragraph 101 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

102.     Answering Paragraph 102 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

103.     Answering Paragraph 103 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

104.     Answering Paragraph 104 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

105.     Answering Paragraph 105 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

**III.     The Illegal Distribution of Unregistered Shares of Advanced Cell Common Stock**

     **A.     Lefkowitz Introduces the Scheme to Advanced Cell Technology**

106.     Answering Paragraph 106 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

107.     Answering Paragraph 107 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

108.     Answering Paragraph 108 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

109.     Answering Paragraph 109 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

110.     Answering Paragraph 110 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

111.     Answering Paragraph 111 of the Complaint, ACT admits the allegations contained therein.

112.     Answering Paragraph 112 of the Complaint, ACT neither admits nor denies the allegations to the extent they purport to characterize a written document, the terms of which speak for themselves.  ACT does not have sufficient information or belief to enable it to answer the remaining allegations of Paragraph 112 and, on that ground, denies them.

113.     Answering Paragraph 113 of the Complaint, ACT neither admits nor denies the allegations to the extent they purport to characterize written documents, the terms of which speak for themselves.  ACT does not have sufficient information or belief to enable it to answer the remaining allegations of Paragraph 113 and, on that ground, denies them.

114.     Answering Paragraph 114 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

115.     Answering Paragraph 115 of the Complaint, ACT denies each and every allegation contained therein.

116.     Answering Paragraph 116 of the Complaint, ACT neither admits nor denies the allegations to the extent they purport to characterize a written document, the terms of which speak for themselves.  ACT does not have sufficient information or belief to enable it to answer the remaining allegations of Paragraph 116 and, on that ground, denies them.

117.     Answering Paragraph 117 of the Complaint, ACT denies that the purported 16,463,302 shares issued by ACT did not satisfy an exemption, including the Section 3(a)(10) exemption.  As to the remainder of the paragraph, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

118.    Answering Paragraph 118 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

119.    Answering Paragraph 119 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

120.    Answering Paragraph 120 of the Complaint, ACT denies each and every allegation contained therein.

**D.    Advanced Cell Adopts the Scheme**

121.    Answering Paragraph 121 of the Complaint, ACT does not have sufficient information or knowledge to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

122.    Answering Paragraph 122 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

123.    Answering Paragraph 123 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

124.    Answering Paragraph 124 of the Complaint, ACT denies each and every allegation contained therein.

125.    Answering Paragraph 125 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

126.    Answering Paragraph 126 of the Complaint, ACT does not have sufficient information or belief to enable it to answer the allegations set forth in the first sentence of the paragraph.  ACT denies the remaining allegations contained therein.

127.     Answering Paragraph 127 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

**E.     Advanced Cell Failed to Timely File Required Current Reports With The Commission Concerning Its Section 3(a)(10) Settlements**

128.     Answering Paragraph 128 of the Complaint, ACT denies each and every allegation contained therein.

**FIRST CLAIM FOR RELIEF**
**(Against all Defendants)**

**Violations of Securities Act Sections 5(a) and 5(c)**

129.     Answering Paragraph 29 of the Complaint, ACT hereby incorporates by reference its responses to paragraphs 1 through 128 of this Answer.

130.     ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

131.     Answering Paragraph 131 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

132.     Answering Paragraph 132 of the Complaint, ACT denies each and every allegation set forth therein.

133.     Answering Paragraph 133 of the Complaint, this paragraph contains conclusions of law to which no answer is required under the Federal Rules of Civil Procedure.  To the extent it contains allegations that require a response, ACT denies them.

**SECOND CLAIM FOR RELIEF**
**(Unico and Advanced Cell)**

**Violations of Exchange Act Section 13(a)**
**and Exchange Act Rules 12b-20, 13a-1 and 13a-11 thereunder**

134.     ACT hereby incorporates by reference its responses to paragraphs 1 through 128 of this Answer.

135.     Answering Paragraph 135, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

136.     Answering Paragraph 136 of the Complaint, this paragraph contains conclusions of law to which no answer is required under the Federal Rules of Civil Procedure.  To the extent this paragraph contains allegations that require a response, ACT denies them.

137.     Answering Paragraph 137 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

138.     Answering Paragraph 138 of the Complaint, this paragraph contains conclusions of law to which no answer is required under the Federal Rules of Civil Procedure.  To the extent this paragraph contains allegations that require a response, ACT denies them.

## THIRD CLAIM FOR RELIEF
### (Lopez)

### Aiding and Abetting Violations of Exchange Act Section 13(a) and Exchange Act Rules 12b-20, 13a-1 and 13a-11 thereunder

139.     Answering Paragraph 139 of the Complaint, ACT hereby incorporates by reference its responses to paragraphs 1 through 128 of this Answer.

140.     Answering Paragraph 140 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

141.     Answering Paragraph 141 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

## FOURTH CLAIM FOR RELIEF
### (Peacock)

### Violations of Exchange Act Section 13(d) and Exchange Act Rule 13d-1 thereunder

142.    Answering Paragraph 142 of the Complaint, ACT hereby incorporates by reference its responses to paragraphs 1 through 128 of this Answer.

143.    Answering Paragraph 143 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

144.    Answering Paragraph 144 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

## FIFTH CLAIM FOR RELIEF
### (Traveller)

### Aiding and Abetting Violations of Exchange Act Section 13(d) and Exchange Act Rule 13d-1 thereunder

145.    Answering Paragraph 145 of the Complaint, ACT hereby incorporates by reference its responses to paragraphs 1 through 128 of this Answer.

146.    Answering Paragraph 146 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

147.    Answering Paragraph 147 of the Complaint, ACT does not have sufficient information or belief to enable it to answer said Paragraph and, on that ground, denies each and every allegation contained therein.

## PRAYER FOR RELIEF

148.    ACT denies any and all allegations contained in the remainder of the Complaint and denies that the SEC is entitled to the relief requested in paragraphs (I) through (V) of its

Prayer for Relief or to any relief in any form whatsoever from ACT. ACT further denies each and every allegation in the Complaint to which it has not specifically responded.

## AFFIRMATIVE DEFENSES

Without waiving or excusing the SEC's burden of proof, and without admitting that ACT has any burden of proof, ACT hereby asserts the following defenses:

### FIRST DEFENSE

(Failure to State a Cause of Action)

149.    As a separate and distinct defense to each cause of action asserted against it, ACT alleges that the Complaint, and each and every cause of action contained therein, fails to state facts sufficient to constitute a cause of action.

### SECOND DEFENSE

(Statutes of Limitation)

150.    As a separate and distinct defense to each cause of action asserted against it, ACT alleges that the Complaint, and each and every cause of action contained therein, is barred by the applicable statute of limitations.

### THIRD DEFENSE

(Legally Cognizable Injury)

151.    As a separate and distinct defense to each cause of action asserted against it, ACT alleges that the Complaint, and each and every cause of action contained therein, is barred because no legally cognizable or other injury or damage has been suffered as a result of the conduct alleged in the Complaint.

### SIXTH DEFENSE

(Outside the Course and Scope)

152.    As a separate and distinct defense to each cause of action asserted against it, to the extent that any of ACT's agents have committed any wrongdoing, such conduct was outside the course and scope of the agent's authority, and therefore, each and every cause of action as against ACT is barred.

## SEVENTH DEFENSE

(Good Faith and in Accordance with Applicable Law)

153.    As a separate and distinct defense to each cause of action asserted against it, all of the purported conduct ACT as alleged in the Complaint was in good-faith and in accordance with applicable law, and therefore, each and every cause of action as against ACT is barred.

## EIGHTH DEFENSE

(Settlement Agreements Fair and Reasonable)

154.    As a separate and distinct defense to each cause of action asserted against it, at all material times, the market price of ACT's stock was public information, the terms of the settlement agreements were fair and reasonable, and the Sarasota Court's determination of fairness was correct and appropriate, and therefore, each and every cause of action as against ACT is barred.


Dated:  September 18, 2012

Respectfully submitted,


By: /s/ Treazure R. Johnson
    Treazure R. Johnson (*pro hac vice to be filed*)
    Venable LLP
    575 7th Street, NW
    Washington, DC  20004
    Telephone: (202) 344-4418
    Email:  trjohnson@venable.com

    *Trial Counsel for Advanced Cell Technology, Inc.*

By: /s/ Jan L. Handzlik
    Jan L. Handzlik (*pro hac vice to be filed*)
    Venable LLP
    2049 Century Park East
    Suite 2100
    Los Angeles, CA  90067
    Telephone:  (310) 229-9900
    Email:  jlhandzlik@venable.com

    *Trial Counsel for Advanced Cell Technology, Inc.*


By: /s/Joseph H. Varner, III
    Joseph H. Varner,  III
    Holland & Knight LLP
    100 North Tampa Street
    Suite 4100
    Tampa, FL  33602
    Telephone:  (813) 227-6703
    Email:  joe.varner@hklaw.com

    *Trial Counsel for Advanced Cell Technology, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 18, 2012 a true and correct copy of the

foregoing instrument was electronically filed with the Clerk of the Court by using the CM/ECF

system, which will send electronic notification to the following:

Drew M. Dorman, Esq.                    Michael Bachner, Esq.
Suzanne J. Romajas, Esq.                Bachner & Associates, P.C.
Securities and Exchange Commission      39 Broadway, Suite 1610
100 F Street NE                         New York, NY 10006
Washington, DC 20549-5971               mb@bhlawfirm.com
Email: dormand@sec.gov                  *Counsel for Mark Lefkowitz and Compass*
Email: romajasS@sec.gov                 *Capital Group, Inc.*

Attorneys for Plaintiff

Edward E. Winders, PhD                  Mark A. Lopez
Chairman, Unico, Inc.                   *mlopez.unico@gmail.com*
edw.unico@gmail.com                     *Pro Se Defendant*

Steven R. Peacock                       Shane H. Traveller
*speacock@greenglobeint.com*            shane.cvchc@gmail.com
*Pro Se Defendant*                      *Pro Se Defendant*


                                        /s/Joseph H. Varner, III
                                        Attorney