AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, *Plaintiff* | ) ) ) |
| v. | ) Case No. 8:12-CV-1210T35MAP |
| MARK A. LEFKOWITZ, ET AL., *Defendant* | ) ) ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ADVANCED CELL TECHNOLOGY, INC. (see Local Rule 2.02 of the Local Rules for the Middle District of Florida).

Date: 9/18/12

*Attorney's signature*

Treazure R. Johnson (D.C. Bar No. 375693)
*Printed name and bar number*
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004-1610

*Address*

trjohnson@venable.com
*E-mail address*

(202) 344-4418
*Telephone number*

(202) 344-8300
*FAX number*