# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**SECURITIES AND EXCHANGE COMMISSION,**

           **Plaintiff,**

-vs-                                       Case No.  8:12-cv-1509-T-35MAP

**MARK A. LEFKOWITZ ET AL,**

           **Defendant.**
_____/

## ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **Compass Capital Group, Inc.** in Tampa, Florida on this 4th day of October, 2012.

                                                        SHERYL L. LOESCH, CLERK

                                                    By:    s/ A. Robyn Baker
                                                               Deputy Clerk

Copies furnished to:

Counsel of Record