UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

Case No. 8:12-CV-01210-MSS-MAP

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

v.

MARK A. LEFKOWITZ, COMPASS CAPITAL
GROUP, INC., MARK A. LOPEZ, UNICO,
INC., STEVEN R. PEACOCK, SHANE H.
TRAVELLER, and ADVANCED CELL
TECHNOLOGY, INC.,

      Defendants.

_____/

## CERTIFICATE OF INTERESTED PERSONS

Defendant Mark A. Lopez discloses the following pursuant to the Interested Persons Order for Civil Cases entered on June 1, 2012.

1.     The name of each person, attorney, association of persons, firms, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

Plaintiff:     Securities and Exchange Commission ("SEC")

Defendants     Mark A. Lefkowitz;
                   Compass Capital Group, Inc.;
                   Mark A. Lopez;
                   Unico, Inc.;
                   Steven R. Peacock;
                   Shane H. Traveller; and
                   Advanced Cell Technology, Inc.

Case No. 8:12-CV-01210-MSS-MAP

| | |
|---|---|
| Plaintiff's Attorneys: | Suzanne J. Romajas;<br>Antonia Chion;<br>Yuri B. Zelinsky; and<br>Drew M. Dorman |
| Defendants' Attorneys: | Michael F. Bachner, Bachner & Associates, P.C.;<br>Thomas A. Kay, Jung & Sisco, P.A.;<br>Sanjay Bhandari, Bhandari Law Group;<br>Joseph H. Varner, III, Holland & Knight LLP;<br>Jan L. Handzlik, Venable LLP;<br>Treasure R. Johnson, Venable LLP; and<br>Kevin J. Napper, Carlton Fields, P.A.<br>Robert M. Traylor, Seltzer Caplan McMahon Vitek<br>Joseph M. McMullen, Seltzer Caplan McMahon Vitek<br>John E. Johnson, Shutts & Bowen<br>Henry A. Stiles, Shutts & Bowen |
| Substantial Unico Creditors: | Wayne Ash<br>Raymond Brown<br>Cache Valley Electric<br>Fuselier Holdings 1, Inc. & Dr. Jean R. Fuselier, Sr. Ph.D., Inc.<br>HJ and Associates<br>JCR Development<br>JMJ Financial<br>Joseph Lopez<br>Moore Investment Holdings LLC<br>Mark A. Lopez<br>Charles Madsen<br>Moody Capital<br>Rocco Trotta<br>Kenneth Wiedrich<br>Robert Wilkinson<br>Edward E. Winders |

2. The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

> Aero Performance Products, Inc.;
> CLX Medical, Inc.;
> Green Globe International, Inc.;
> S3 Investment Company; and
> Advanced Cell Technology, Inc.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

Case No. 8:12-CV-01210-MSS-MAP

    Blue Marble Investments, Ltd.
    Galleon Investments, Ltd.;
    Ice Cap Holdings, Ltd.;
    Kentan Limited Corporation;
    Outboard Investments, Ltd.;
    Reef Holdings, Ltd.;
    Sequoia International, Inc.;
    Tuxedo Holdings, Ltd.;
    Umbrella Holdings, Ltd.;
    Yanzu, Inc.; and
    Javelin Advisory Group, Inc.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Mark A. Lopez is unaware of any such victims beyond those listed in prior disclosures.

Mark A. Lopez hereby certifies that, except as disclosed above, Mr. Lopez is unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: October 22, 2012

/s/ Henry A. Stiles
JOHN E. JOHNSON
Florida Bar No. 593000
jjohnson@shutts.com
HENRY A. STILES
Florida Bar No. 0057478
hstiles@shutts,com
SHUTTS & BOWEN LLP
4301 W. Boy Scout Blvd., Suite 300
Tampa, FL 33607
(813) 229-8900
(813) 229-8901 (facsimile)

-and-

Robert M. Traylor, (Cal. Bar No. 204445)
traylor@scmv.com
Joseph M. McMullen (Cal. Bar No. 246757)
mcmullen@scmv.com
SELTZER CAPLAN McMAHON VITEK
A Law Corporation
750 B Street, Suite 2100
San Diego, CA 92101
(619) 685-3003
(619) 685-3100 (facsimile)

Attorneys for Defendant MARK A. LOPEZ

Case No. 8:12-CV-01210-MSS-MAP

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing has been filed with the Clerk of Court via CM/ECF and is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Henry A. Stiles*
HENRY A. STILES

Case No. 8:12-CV-01210-MSS-MAP

P:\16\16557\69683\Pleads\Cert of Interested Persons.docx