UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br>v.<br><br>MARK A. LEFKOWITZ,<br>COMPASS CAPITAL GROUP, INC.<br>MARK A. LOPEZ,<br>UNICO, INC.,<br>STEVEN R. PEACOCK,<br>SHANE H. TRAVELLER,<br>ADVANCED CELL TECHNOLOGY, INC.,<br><br>Defendants. | CASE NO. 8:12-CV-1210T35MAP<br><br>**DECLARATION OF CHRYSTA ELLIOTT IN SUPPORT OF DEFENDANT UNICO, INC.'s UNOPPOSED MOTION FOR LEAVE TO DEPOSE FLORIDA CIRCUIT COURT JUDGE ECONOMOU** |

I, Chrysta Elliott, hereby declare under penalty of perjury as follows:

1. I am an attorney and associate of Sanjay Bhandari in the law firm of Ballard Spahr LLP. Mr. Bhandari is admitted *pro hac vice* in the Middle District of Florida in this matter and counsel of record for Defendant Unico, Inc. ("Unico"). I make this declaration on personal knowledge and, if called to testify, I could and would testify competently as follows:

2. On multiple occasions, my office contacted the Clerk of the Twelfth Judicial Circuit Court in Sarasota County, Florida and inquired about obtaining audio recordings or copies of transcripts for the Section 3(a)(10) hearings at issue. The Clerk informed my office that the court did not record and/or transcribe civil matters before a judge in 2006 through 2008. The Clerk further informed my office that the Twelfth Judicial Circuit Court only records and/or transcribes court proceedings when (1) specifically requested by the

attorney(s), plaintiff(s) and/or defendant(s) in the matter; (2) it is a criminal matter; and/or (3) the matter is before a magistrate. The Section 3(a)(10) hearings were not criminal in nature and the judges at issue, including Judge Economou, are not magistrates. Thus, no recording would have been made absent a request from counsel. Counsel for plaintiff and defendant who attended the Section 3(a)(10) hearings, Robert E. Turffs, Esq. and Michael J. Raterink, Esq., respectively, have testified they did not request a recording or transcript. A true and correct copy of the relevant pages of Mr. Raterink's testimony (page 51, lines 2-5) before the Securities and Exchange Commission ("SEC") on June 11, 2009, which was produced by the SEC in this matter, is attached hereto as Exhibit A. A true and correct copy of the relevant pages of Mr. Turffs' testimony (page 35, line 14-page 36, line 10) before the SEC on June 12, 2009, which was produced by the SEC in this matter, is attached hereto as Exhibit B.

3. In reviewing the case files produced by the Clerk of the Twelfth Judicial Circuit Court to the SEC, I noticed the case files were incomplete. Several of the case files were missing documents, *e.g.* the complaint or settlement agreement, which the parties clearly filed or otherwise provided the Twelfth Judicial Circuit Court.

4. My review of the available documents in the case files produced in this matter showed that Judge Economou presided over thirteen Unico Section 3(a)(10) settlement hearings, while Judge Titus presided over eight Unico Section 3(a)(10) settlement hearings.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct. I executed this declaration on the 23rd day of July, 2013 in San Diego, California.

_____
Chrysta Elliott

## CERTIFICATE OF SERVICE

I, Ashley Munyon, declare as follows:

I am an employee of a member of the bar of this Court at whose direction was made in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 655 West Broadway, Suite 1600, San Diego, California 92101-8494.

On July 23, 2013, I served the following document(s) described as:

- **DECLARATION OF CHRYSTA L. ELLIOTT IN SUPPORT OF DEFENDANT UNICO, INC.'s UNOPPOSED MOTION FOR LEAVE TO DEPOSE FLORIDA CIRCUIT COURT JUDGE ECONOMOU**

on interested parties in this action by placing ☐ the original ☒ true copy(ies) thereof enclosed in sealed envelopes as follows:

| | |
|---|---|
| **VIA CM/ECF**<br>Drew M. Dorman<br>Securities and Exchange Commission<br>100 F Street NE<br>Washington, DC 20549-5971<br>Email: dormand@sec.gov | *Attorneys for Securities and Exchange Commission* |
| Suzanne J. Romajas<br>U.S. Securities and Exchange Commission<br>100 F Street N.E.<br>Washington, DC 20549-5971<br>Email: romajasS@sec.gov | |
| **VIA CM/ECF**<br>Michael Fred Bachner<br>Bachner & Associates PC<br>39 Broadway<br>Suite 1610<br>New York, NY 10006<br>212-344-7778<br>Fax: 212-344-7774<br>Email: mb@bhlawfirm.com | *Attorneys for Mark A. Leftkowitz* |

Kevin Jon Napper
Carlton Fields, PA
4221 W Boy Scout Blvd - Ste 1000
PO Box 3239
Tampa, FL 33601-3239
813/223-7000
Fax: 813/229-4133
Email: knapper@carltonfields.com

**VIA CM/ECF**                                         *Attorneys for Mark A. Lopez*
Robert M. Traylor
Seltzer Caplan McMahon Vitek
750 B St.
Suite 2100
San Diego, CA 92101
Email: TRAYLOR@SCMV.COM

**VIA CM/ECF**                                         *Attorneys for Advance Cell Technology*
Treazure R. Johnson
1900 K Street NW
Washington, DC 20006
Email: trjohnson@mckennalong.com

**VIA U.S. MAIL**                                      *In Pro Se*
Shane H. Traveller
408 N. 700 E.
Hyde Park, UT 84318
Email: shane.cvchc@gmail.com

**VIA U.S. MAIL**                                      *In Pro Se*
Steven R. Peacock
3611 Katie Lender Drive
Fallbrook, CA 92028
Email: speacock@greenglobeint.com

☒ **MAIL** to non-ECF participants by causing a true copy thereof to be placed in a sealed envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California addressed as indicated above. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

☒ **By CM/ECF** by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them via email as indicated below.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed July 23, 2013, in San Diego, California.

_____
Ashley Munyon