UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

Case No.:8:12-CV-1210T35MAP

MARK A. LEFKOWITZ, COMPASS CAPITAL GROUP, INC., MARK A LOPEZ, UNICO, INC., STEVEN R. PEACOCK, SHANE H. TRAVELLER, ADVANCED CELL TECHNOLOGY, INC.,

## ROBERT E. TURFFS' RESPONSE TO UNICO, INC.'S MOTION TO COMPEL

In October of 2008, I was subpoenaed by the SEC to produce documents. In response, I noted that I had the documents responsive to the subpoena and sent the attached letter dated November 12, 2008 to SEC attorney Drew Dorman. The documents which are sought by Counsel for Unico, Inc., are the documents which were listed as privileged in that November 12th letter.

Between the time of the subpoena and my response on November 12, 2008, attorney Michael Ference of Sichenzia, Ross, Friedman, Ference, LLP., contacted me to assert attorney-client privilege as to the documents. It was not clear to me whether Mr. Ference was asserting the privilege as to Lefkowitz or the Lefkowitz Entities. However, based upon that assertion of privilege, I have not provided the documents.

In response to the Motion to Compel, I take no position as to whether the documents are, or once were, privileged, nor am I in a

position to determine whether there has been a waiver.

Without a clear, unequivocal, waiver by Mr. Ference on the Lefkowitz related Entities, I do not feel I can release these documents without a Court Order. As I have consistently stated, I will abide by this Court's Order regarding the Motion to Compel.

Dated: October 7, 2013.

>                         Respectfully submitted,
>
> By: Robert E. Turffs
>     Robert E. Turffs, P.A.
>     1444 First Street, Suite B
>     Sarasota, Florida 34236
>     Tel: (941) 953-9009
>     Fax: (941) 953-5736
>     Turffs.filing@gmail.com
>     Pro Se Material Witness

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via CM/ECF to all counsel of record and via Email to non-CM/ECF participants Peacock and Traveller this 7th day of October, 2013.

>                         Respectfully submitted,
>
> By: Robert E. Turffs
>     Robert E. Turffs, P.A.
>     1444 First Street, Suite B
>     Sarasota, Florida 34236
>     Tel: (941) 953-9009
>     Fax: (941) 953-5736
>     Turffs.filing@gmail.com
>     Pro Se Material Witness

EXHIBIT "A"

# ROBERT E. TURFFS, P.A.
1444 First Street, Suite B
Sarasota, Florida 34236
Telephone (941) 953-9009
Facsimile (941) 953-5736

**Robert E. Turffs**                                              **Board Certified Civil Trial Lawyer**

November 12, 2008

Drew Dorman, Staff Attorney
U.S. Securities and Exchange Commission
Division of Enforcement
100 F Street, N.W.
Washington, D.C. 20549

Dear Mr. Dorman:

    The undersigned has made a thorough search of all documents in his possession, custody, and control and has to the best of his ability, provided all documents responsive to the subpoena as follows:

    1. To the extent documents exist responsive to paragraph 1 of the request:

        a.- j.: Objection, Client and counsel assert attorney-client privilege.
- Bate # 45 - 195: Email correspondence between Mr. Turffs and Mr. Lefkowitz between 9/18/06 and 10/4/08. There were no other recipients. The subject matter concerns details of 3(a)(10) transactions. Respondent has no knowledge of any other persons informed about the contents. The client and his legal representative have asserted attorney-client privilege.
- Bate # 196 - 260: Email correspondence from Mr. Turffs to Mr. Cohn between 6/21/05 and 10/9/08. There were no other recipients. The subject matter concerns details of 3(a)(10) transactions. Respondent has no knowledge of any other persons informed about the contents. The client and his legal representative have asserted attorney-client privilege.
- Bate # 261-486: Email correspondence to Mr.

      Turffs from Mr. Cohn between 2/8/06 and 7/16/08. There were no other recipients. The subject matter concerns details of 3(a)(10) transactions. Respondent has no knowledge of any other persons informed about the contents. The client and his legal representative have asserted attorney-client privilege.

2. To the extent documents exist responsive to paragraph 2 of the request:

    a.- j.: There are no documents responsive to paragraph 2 in my possession.
    k.: Objection, client has asserted attorney-client privilege. Bate # 1-44.
    l.: None, except to the extent of documents in files produced.
    m.: None, Helen Nikki Himebaugh is an attorney who stood in for me at one (perhaps two) fairness hearings.

3. Please see files produced Bate # 487 - 4574.

4. All documents regarding billing are produced as follows:

    A. Traveller/ Sequoia: Bate # 4623 - 4731.
    B. Sichenzia, Ross, Friedman, & Ference, LLP: Bate # 4575-4622.
    C. O'Neill/ Lefkowitz: Bate # 4732 - 4805.

5. All documents concerning fairness hearings in these matters are located in produced materials in Bate # 487 - 4574.

6. All bank accounts held by the undersigned are as follows:

    A. Northern Trust - Robert E. Turffs, Attorney.
       Account #: 727744
    B. Northern Trust - Robert E. Turffs Trust Account
       Account #: 728093
    C. Northern Trust - Robert & Patricia Turffs
       Account #: 2840281158
    D. Fifth Third Bank - Robert & Patricia Turffs
       Account #: 610002301 (closed)

```
        E. Smith Barney - Robert & Patricia Turffs
           Account #: 150-29006-14 016

                        Sincerely,


                        Robert E. Turffs

RET/cls
Enclosures
```